# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142178

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

LUCKY ENTERPRISES, INC., and
CHARLES AGHAJOUN,
　　　　　Plaintiffs-Appellees,

v

SC: 142178
COA: 293632
Oakland CC: 2007-084144-NM

JAMAL JOHN HAMOOD,
　　　　　Defendant-Appellant,

and

WILLIAM J. RUNCO, MICHAEL J.
FERGESTROM, HAMOOD, RUNCO &
FERGESTROM, P.C., HAMOOD AND
FERGESTROM, P.C., and CARLY PUMMELL,
　　　　　Defendants.
_____/

　　　　On order of the Court, the application for leave to appeal the October 19, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

h0418